EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:  Meraide S. Romero Llavona | 2022 TSPR 137  210 DPR ___ |
|---|---|

Número del Caso:  TS-14,619

Fecha:  14 de noviembre de 2022

Abogada de la peticionaria:

    Por derecho propio

Materia:  Reinstalación al ejercicio de la abogacía.

Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re*:

Meraide S. Romero Llavona          TS-14,619

RESOLUCIÓN

En San Juan, Puerto Rico, a 14 de noviembre de 2022.

Examinada la *Moción en cumplimiento con Resolución* que presentó la señora Meraide S. Romero Llavona, se provee ha lugar y se ordena su reinstalación al ejercicio de la abogacía.

En cuanto a la *Moción notificando cumplimiento parcial de orden y solicitud de término final* que presentó la Oficina de Inspección de Notarías, se le concede a la Lcda. Meraide S. Romero Llavona un término final de sesenta (60) días, contado a partir de la notificación de esta Resolución, para que finiquite todos los asuntos que tiene pendiente con relación a la subsanación de su obra notarial.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo